# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208–7 | User: | | Date Created: 3/3/2021 |
| Case: 21–22136–shl | Form ID: 309I | | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | JoAnn Perrino | 39 Gramercy Ave | Yonkers, NY 10701 |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building   201 Varick Street, Room 1006   New York, NY 10014 |
| tr | Krista M. Preuss | Chapter 13 Standing Trustee   399 Knollwood Road   White Plains, NY 10603 | |
| aty | Todd S. Cushner | Cushner & Associates, P.C.   399 Knollwood Road   Suite 205   White Plains, NY 10603 | |
| smg | N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201–0551 | | |
| smg | New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300 | | |
| smg | United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 | | |
| 7819163 | AES/PHEAA   ATTN: BANKRUPTCY   PO BOX 2461   HARRISBURG, PA 17105 | | |
| 7819164 | ASHLEY MARIE PASCUZZI   GROSS POLOWY, LLC   1775 WEHRLE DR   BUFFALO, NY 14221 | | |
| 7819165 | BANK OF AMERICA   ATTN: BANKRUPTCY   PO BOX 982234   EL PASO, TX 79998 | | |
| 7819166 | BRIDGECREST   7300 EAST HAMPTON AVENUE   SUITE 100   MESA, AZ 85209 | | |
| 7819167 | CAPITAL ONE   ATTN: BANKRUPTCY   PO BOX 30285   SALT LAKE CITY, UT 84130 | | |
| 7819168 | CELTIC BANK CORPORATION   268 SOUTH STATE STREET   SUITE 300   SALT LAKE CITY, UT 84111 | | |
| 7819169 | CITIBANK/THE HOME DEPOT   CITICORP CREDIT SRVS/CENTRALIZED BK DEPT   PO BOX 790034   ST LOUIS, MO 63179 | | |
| 7819170 | COMENITY BANK/WAYFAIR   ATTN: BANKRUPTCY   PO BOX 182125COLUMBUS   COLUMBUS, OH 43218 | | |
| 7819171 | DISCOVER FINANCIAL   ATTN: BANKRUPTCY   PO BOX 3025   NEW ALBANY, OH 43054 | | |
| 7819172 | FRANKLIN COLLECTION SERVICE, I   PO 3910   TUPELO, MS 38803 | | |
| 7819173 | IRS   PO BOX 480   HOLTSVILLE, NY 11742 | | |
| 7819174 | KLARNA INC.   ATTN: KLARNA CREDIT   PO BOX 206487   DALLAS, TX 75320–6487 | | |
| 7819175 | LINEBARGER GOGGAM BLAIR LLP   PO BOX 90128,   HARRISBURG, PA 17109 | | |
| 7819176 | MARCUS BY GOLDMAN SACHS   ATTN: BANKRUPTCY   PO BOX 45400   SALT LAKE CITY, UT 84145 | | |
| 7819177 | PROGRESSIVE LEASING   256 WEST DATA DRIVE   DRAPER, UT 84020 | | |
| 7819178 | SELECT PORTFOLIO SERVICING INC   PO BOX 65277   SALT LAKE CITY, UT 84165 | | |
| 7819179 | SYNCHRONY BANK/CARE CREDIT   ATTN: BANKRUPTCY DEPT   PO BOX 965064   ORLANDO, FL 32896 | | |
| 7819180 | SYNCHRONY BANK/PC RICHARDS & SONS   ATTN: BANKRUPTCY DEPT   PO BOX 965060   ORLANDO, FL 32896 | | |
| 7819181 | TRANSWORLD SYSTEMS INC   P.O. BOX 15618   WILMINGTON, DE 19850–5095 | | |
| 7819182 | VIOLATIONS PROCESSING CENTER   PO BOX 15186   ALBANY, NY 12212–5186 | | |

TOTAL: 27